IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICKY WASHINGTON                                                PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:15-CV-21-SA-DAS

MELVIN BURTS, and
THE CITY OF VERONA                                     DEFENDANTS

## ORDER

For all of the reasons fully explained in a separate Memorandum Opinion issued this same day, the City of Verona and Melvin Burts' Motion for Summary Judgment [42] is GRANTED. All of the Plaintiff's claims are dismissed with prejudice and this CASE is CLOSED.

So ORDERED on this the 31st day of May, 2017.

                                                         /s/ Sharion Aycock
                                                      UNITED STATES DISTRICT COURT JUDGE